UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUANE EDWARD GRAY,<br><br>Defendant. | No. 2:17-CR-00229-TOR-18<br><br>ORDER DENYING MOTION FOR MODIFICATION<br><br>**MOTION DENIED**<br>**(ECF No. 343)** |

Before the Court is Defendant's Motion to Modify Release Conditions. ECF No. 343. Specifically, Defendant asks the Court to modify Condition of Release Number 16, which requires, among other things, that he have no contact with felons. ECF No. 275 at 3. Defendant advises that his fiancée is a felon, and they seek to be married upon her upcoming release date.

Defendant also asks that Condition of Release Number 14 be modified to permit him to travel to and from Salem, Oregon to visit his daughters without first obtaining approval from the Court. ECF No. 343 at 2.

Defendant recites that the United States does not object to the motion. Defendant does not indicate whether his supervising Pretrial Officer has been contacted, or has a position on what would be substantial changes to the conditions of pretrial release. ECF No. 343 at 2.

ORDER - 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2018

SEAN F. McAVOY, CLERK

Therefore, Defendant's motion, **ECF No. 343**, is **DENIED with leave to renew**. Defendant is encouraged to discuss this request with his supervising Pretrial Office before renewing the motion.

**IT IS SO ORDERED**.

DATED February 16, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE