UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUANE EDWARD GRAY,<br><br>Defendant. | No. 2:17-CR-00229-TOR-18<br><br>ORDER GRANTING MOTION FOR MODIFICATION OF RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 348)** |

Before the Court is Defendant's Motion to Modify Release Conditions. ECF No. 348. In his motion, Defendant asks the Court to modify Condition of Release Number 14, which requires him to remain in the Eastern District of Washington unless otherwise given permission by the Court to travel outside the District. ECF No. 275 at 3.

Specifically, Defendant is asking the Court to modify the condition to allow him to travel outside the Eastern District of Washington at the discretion of his Supervising Probation Officer. ECF No. 348 at 1. Defendant has two children in Salem, Oregon that he wishes to visit. ECF No. 348 at 1.

Defendant recites that neither the United States nor U.S. Probation oppose this request. ECF No. 348 at 2.

Therefore, **IT IS ORDERED**, that Defendant's Motion, **ECF No. 348**, is **GRANTED**. Defendant is permitted travel outside the Eastern District of Washington with the prior permission of his supervising Pretrial Services Officer.

ORDER - 1

In the event of any approved travel, Defendant shall provide Pretrial Services with the name and contact information of the landlord where he will reside and with a telephone number where he may be contacted at any time during his trip.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED**.

DATED March 8, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2